

# Fourth Court of Appeals
## San Antonio, Texas

October 3, 2018

No. 04-18-00199-CV

**IN THE INTEREST OF N.C.F., ET AL., CHILDREN**

From the 150th Judicial District Court, Bexar County, Texas
Trial Court No. 2017-CI-11406
Honorable Richard E. Price, Judge Presiding

**ORDER**

    This appeal is DISMISSED FOR WANT OF PROSECUTION.  The costs of this appeal are taxed against appellant.

    It is so **ORDERED** on October 3, 2018.

_____
Irene Rios, Justice

    IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 3rd day of October, 2018.

_____
Keith E. Hottle, Clerk of Court